CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ELI J. COHEN (NYBN 5539226)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Eli.Cohen@usdoj.gov

Attorneys for United States of America

FILED

Oct 14 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANCISCO RUELAS-BARTOLO,

Defendant.

CASE NO. 3:26-mj-71343 MAG

NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about October 14, 2026, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an indictment pending in the Southern District of Georgia, case number 4:26-cr-107-RSB-CLR. In that case (copy of indictment attached), the defendant is charged with a violations of: 21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances (Methamphetamine and Cocaine); 21 U.S.C. §§ 846 and 841(a)(1) – Attempt to Distribute a Controlled Substance (Methamphetamine) (two counts); 21 U.S.C. § 856(a)(1) – Maintaining Drug-Involved Premises; and 18 U.S.C. § 1956(h) – Conspiracy to Launder Money.

The maximum penalties are as follows:

/ / / /

Counts One, Two, and Four

a. Maximum Imprisonment: Life

b. Minimum Imprisonment: 10 years

c. Maximum Supervised Release: Life

d. Minimum Supervised Release: 5 years

e. Maximum Fine: $10,000,000

f. Forfeiture

g. Deportation/Removal from the United States, if applicable

h. Mandatory/Discretionary Denial of Federal Benefits

i. $100 special assessment per count

Count Nine

a. Maximum Imprisonment: 20 years

b. Maximum Supervised Release: 3 years

c. Maximum Fine: $500,000

d. Forfeiture

e. Deportation/Removal from the United States, if applicable

f. Mandatory/Discretionary Denial of Federal Benefits

g. $100 special assessment per count

Count Eleven

a. Maximum Imprisonment: 20 years

b. Maximum Supervised Release: 3 years

c. Maximum Fine: $500,000

d. Forfeiture

e. Deportation/Removal from the United States, if applicable

f. $100 Special Assessment per count

////

////

////

Respectfully Submitted,

CRAIG H. MISSAKIAN
United States Attorney

Date: October 14, 2026

*/s/ Eli J. Cohen*
ELI J. COHEN
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**FRANCISCO RUELAS-BARTOLO,**
**a/k/a "Constantino Villa Padilla"**
**a/k/a "Antony Villa"**
**JOSE RODRIGUEZ-ARAIZA,**
**a/k/a "Capibarra"**
**a/k/a "Sobrino"**
**RICHARD CRESPO-LEDESMA,**
**a/k/a "Ricardo"**
**ORLANDO FIGUEROA-CASTELLANOS,**
**OMER SMALLS,**
**a/k/a "Empty Box"**
**a/k/a "Dank"**
**a/k/a "Reece"**
**a/k/a "Mansa Musa"**
**ANTION JOHNSON,**
**a/k/a "Tone"**
**RODNEY MCGERT,**
**a/k/a "Jerky"**
**a/k/a "392"**
**TARAVOUS GREEN,**
**a/k/a "Money Man"**
**ALFREDO GOMEZ,**
**a/k/a "Alfredo Thoeny"**
**SHON STAVELY, and**
**ROBERT PARKER**
**a/k/a "Pee Pee"**
**a/k/a "Peezy Dogg"**

**INDICTMENT NO.** CR 426-107

**21 U.S.C. § 846**
**Conspiracy/Attempt to Possess with Intent to Distribute and to Distribute Controlled Substances**

**21 U.S.C. § 841(a)(1)**
**Possession with Intent to Distribute / Distribution of Controlled Substances**

**18 U.S.C. § 924(c)**
**Possession of Firearms in Furtherance of a Drug Trafficking Crime**

**18 U.S.C. § 922(g)(1)**
**Possession of Firearms by a Prohibited Person**

**21 U.S.C. § 856(a)(1)**
**Maintaining Drug-Involved Premises**

**18 U.S.C. § 1956(h)**
**Conspiracy to Launder Money**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

*Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances*
*(Methamphetamine and Cocaine)*
21 U.S.C. § 846

Beginning on an unknown date, but at least as early as August 2025, up to and including the return of this Indictment, in Chatham County, within the Southern District of Georgia and elsewhere, the Defendants,

**FRANCISCO RUELAS-BARTOLO,**
**a/k/a "Constantino Villa Padilla"**
**a/k/a "Antony Villa"**
**JOSE RODRIGUEZ-ARAIZA,**
**a/k/a "Capibarra"**
**a/k/a "Sobrino"**
**RICHARD CRESPO-LEDESMA,**
**a/k/a "Ricardo"**
**ORLANDO FIGUEROA-CASTELLANOS,**
**OMER SMALLS,**
**a/k/a "Empty Box"**
**a/k/a "Dank"**
**a/k/a "Reece"**
**a/k/a "Mansa Musa"**
**ANTION JOHNSON,**
**a/k/a "Tone"**
**RODNEY MCGERT,**
**a/k/a "Jerky"**
**a/k/a "392"**
**TARAVOUS GREEN,**
**a/k/a "Money Man"**
**ALFREDO GOMEZ,**
**a/k/a "Alfredo Thoeny"**
**SHON STAVELY,**
**and**
**ROBERT PARKER,**
**a/k/a "Pee Pee"**
**a/k/a "Peezy Dogg"**

with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other,

and with others known and unknown, to possess with intent to distribute and to distribute 50 grams or more of methamphetamine (actual) and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, both Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**
*Attempt to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. §§ 846 and 841(a)(1)

Beginning on or about August 25, 2025, up to and including on or about August 27, 2025, in Chatham County, within the Southern District of Georgia, and elsewhere, the Defendants,

**FRANCISCO RUELAS-BARTOLO,**
**a/k/a "Constantino Villa Padilla"**
**a/k/a "Antony Villa"**
**RICHARD CRESPO-LEDESMA,**
**a/k/a "Ricardo"**
**and**
**OMER SMALLS,**
**a/k/a "Empty Box"**
**a/k/a "Dank"**
**a/k/a "Reece"**
**a/k/a "Mansa Musa"**

aided and abetted by each other and by others known and unknown, did attempt to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE**
*Attempt to Distribute a Controlled Substance*
*(Cocaine)*
21 U.S.C. §§ 846 and 841(a)(1)

Beginning on or about October 11, 2025, up to and including October 14, 2025, in Chatham County, within the Southern District of Georgia, and elsewhere, the Defendants,

**JOSE RODRIGUEZ-ARAIZA**
**a/k/a "Capibarra"**
**a/k/a "Sobrino"**
**and**
**SHON STAVELY,**

aided and abetted by each other and by others known and unknown, did attempt to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FOUR**
*Attempt to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. §§ 846 and 841(a)(1)

Beginning on or about March 23, 2026, up to and including April 1, 2026, in Chatham County, within the Southern District of Georgia, and elsewhere, the Defendants,

**FRANCISCO RUELAS-BARTOLO**
**a/k/a "Constantino Villa Padilla"**
**a/k/a "Antony Villa"**
**and**
**TARAVOUS GREEN,**
**a/k/a "Money Man"**

aided and abetted by each other and by others known and unknown, did attempt to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2.

Case 4:26-cr-00137-RSB-CLR Document 1 Filed 10/14/26 Page 7 of 20

**COUNT FIVE**

*Attempt to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. §§ 846 and 841(a)(1)

Beginning on or about August 14, 2026, up to and including August 15, 2026, in Chatham County, within the Southern District of Georgia, and elsewhere, the Defendants,

**RICHARD CRESPO-LEDESMA,**
**a/k/a "Ricardo"**
**OMER SMALLS,**
**a/k/a "Empty Box"**
**a/k/a "Dank"**
**a/k/a "Reece"**
**a/k/a "Mansa Musa"**
**and**
**ROBERT PARKER,**
**a/k/a "Pee Pee"**
**a/k/a "Peezy Dogg"**

aided and abetted by each other and by others known and unknown, did attempt to distribute 500 grams or more of methamphetamine (mixture), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT SIX**

*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about August 21, 2026, in Chatham County, within the Southern District of Georgia, and elsewhere, the Defendant,

**OMER SMALLS,**
**a/k/a "Empty Box"**
**a/k/a "Dank"**
**a/k/a "Reece"**
**a/k/a "Mansa Musa"**

did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SEVEN**

*Possession of Firearms in Furtherance of Drug Trafficking Crimes*
18 U.S.C. § 924(c)

On or about August 21, 2026, in Chatham County, within the Southern District of Georgia, the Defendant,

**OMER SMALLS,**
**a/k/a "Empty Box"**
**a/k/a "Dank"**
**a/k/a "Reece"**
**a/k/a "Mansa Musa"**

did knowingly possess firearms, to wit, a Glock Model 23 .40 caliber pistol, a Ruger Model LC9 9mm caliber pistol, and a Taurus Model 85 .38 special revolver, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, *Possession with Intent to Distribute a Controlled Substance*, as charged in Count Six, and *Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances*, as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

**<u>COUNT EIGHT</u>**
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 21, 2026, in Chatham County, within the Southern District of Georgia, the Defendant,

**OMER SMALLS,**
**a/k/a "Empty Box"**
**a/k/a "Dank"**
**a/k/a "Reece"**
**a/k/a "Mansa Musa"**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit, a Glock Model 23 .40 caliber pistol, a Ruger Model LC9 9mm caliber pistol, and a Taurus Model 85 .38 special revolver.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT NINE

*Maintaining Drug-Involved Premises*

21 U.S.C. § 856(a)(1)

Beginning in April 2026, up to the return of this Indictment, in Chatham County, within the Southern District of Georgia, the Defendants,

**FRANCISCO RUELAS-BARTOLO,**
**a/k/a "Constantino Villa Padilla"**
**a/k/a "Antony Villa"**
**JOSE RODRIGUEZ-ARAIZA,**
**a/k/a "Capibarra"**
**a/k/a "Sobrino"**
**RICHARD CRESPO-LEDESMA,**
**a/k/a "Ricardo"**
**ORLANDO FIGUEROA-CASTELLANOS,**
**and**
**ALFREDO GOMEZ,**
**a/k/a "Alfredo Thoeny"**

aided and abetted by each other and by others known and unknown, did lease, rent, use, and maintain a place located at 1129 Darwin Street, Savannah, Georgia, for the purpose of storing and distributing methamphetamine and cocaine, both Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## COUNT TEN

*Maintaining Drug-Involved Premises*

21 U.S.C. § 856(a)(1)

Beginning in December 2025, up to and including the return of this Indictment, in Chatham County, within the Southern District of Georgia, the Defendants,

**RICHARD CRESPO-LEDESMA,**
**a/k/a "Ricardo"**
**ORLANDO FIGUEROA-CASTELLANOS,**
**OMER SMALLS,**
**a/k/a "Empty Box"**
**a/k/a "Dank"**
**a/k/a "Reece"**
**a/k/a "Mansa Musa"**
**and**
**ANTION JOHNSON,**
**a/k/a "Tone"**

aided and abetted by each other and by others known and unknown, did lease, rent, use, and maintain a place located at 3303 Argyle Street, Savannah, Georgia, for the purpose of storing and distributing methamphetamine and cocaine, both Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

**COUNT ELEVEN**
*Conspiracy to Launder Money*
18 U.S.C. § 1956(h)

The allegations described in Counts One through Ten above are realleged and incorporated herein.

Beginning on a date at least as early as August 2025, up to and including the return date of this Indictment, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, and elsewhere, the Defendants,

**FRANCISCO RUELAS-BARTOLO,**
**a/k/a "Constantino Villa Padilla"**
**a/k/a "Antony Villa"**
**JOSE RODRIGUEZ-ARAIZA,**
**a/k/a "Capibarra"**
**a/k/a "Sobrino"**
**RICHARD CRESPO-LEDESMA,**
**a/k/a "Ricardo"**
**ORLANDO FIGUEROA-CASTELLANOS,**
**OMER SMALLS,**
**a/k/a "Empty Box"**
**a/k/a "Dank"**
**a/k/a "Reece"**
**a/k/a "Mansa Musa"**
**RODNEY MCGERT,**
**a/k/a "Jerky"**
**a/k/a "392"**
**and**
**TARAVOUS GREEN,**
**a/k/a "Money Man"**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown, to commit offenses against the United States, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activities, that is, Conspiracy to Possess with

Intent to Distribute and to Distribute Controlled Substances, Possession with Intent to Distribute, Attempt to Possess with Intent to Distribute and Distribution of Controlled Substances in violation of Title 21, United States Code, Sections 846 and 841(a)(1), and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i), and 1956(a)(1)(B)(i), as further described herein:

**The Manner and Means of the Conspiracy**

The conspiracy was executed in the following manner through the following means:

1) Members of a drug trafficking organization would acquire quantities of cocaine and methamphetamine, both Schedule II controlled substances.

2) Members of the conspiracy would transport the controlled substances to the Southern District of Georgia and elsewhere.

3) Members of the conspiracy would unlawfully distribute those controlled substances in the Southern District of Georgia and elsewhere.

4) Members of the conspiracy would receive payment in United States Currency or through peer-to-peer payment applications in return for the distribution of the controlled substances.

**1956(a)(1)(A)(i)- Promotion Money Laundering**

5) Members of the conspiracy would use the proceeds generated by the drug trafficking organization to promote the carrying on of the specified unlawful

activity. Specifically, members would do the following to promote the drug trafficking alleged:

a) Members would use the proceeds to purchase real estate to be used in furtherance of the drug trafficking organization.

b) Members would use the proceeds to purchase vehicles to be used in furtherance of the drug trafficking organization,

c) Members would use the proceeds to make payments on rental properties to be used in furtherance of the drug trafficking organization,

d) Members would use the proceeds to purchase firearms to be used in furtherance of the drug trafficking organization,

e) Members would use the proceeds to purchase mailing and shipping supplies to be used in furtherance of the drug trafficking organization, and

f) Members would use the proceeds to make other financial transactions for purchases of other goods and services to be used in furtherance of the drug trafficking organization.

**1956(a)(1)(b)(i)- Concealment Money Laundering**

6) Members of the conspiracy would, knowing the transactions were designed in whole or in part to conceal or disguise the nature, location, source, ownership, or control of the proceeds of the specified unlawful activity, make certain financial transactions. Specifically, members of the conspiracy would deposit

proceeds of the specified unlawful activity and then transfer the proceeds to different accounts.

All done in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d) and 982(a)(1), Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c).

Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of Title 18, United States Code, Section 1956, as alleged in Count 11 of this Indictment the Defendants,

**FRANCISCO RUELAS-BARTOLO,**
**a/k/a "Constantino Villa Padilla"**
**a/k/a "Antony Villa"**
**JOSE RODRIGUEZ-ARAIZA,**
**a/k/a "Capibarra"**
**a/k/a "Sobrino"**
**RICHARD CRESPO-LEDESMA,**
**a/k/a "Ricardo"**
**ORLANDO FIGUEROA-CASTELLANOS,**
**OMER SMALLS,**
**a/k/a "Empty Box"**
**a/k/a "Dank"**
**a/k/a "Reece"**
**a/k/a "Mansa Musa"**
**RODNEY MCGERT,**
**a/k/a "Jerky"**
**a/k/a "392"**
**and**
**TARAVOUS GREEN,**
**a/k/a "Money Man"**

shall forfeit all of his right, title and interest to the United States, any property, real or personal, involved in such offense, or any property traceable to such property, including but not limited to:

- $5,763.00 of United States Currency (seized from 3303 Argyle Street, Savannah, GA (**SMALLS** residence));
- $7,000.00 of United States Currency (seized on August 11, 2026, from USPS Parcel sent by **RICHARD CRESPO-LEDESMA**);

Pursuant to Title 21, United States Code, Section 853(a), upon conviction of one or more of the Title 21 offenses set forth in this Indictment the Defendants,

**OMER SMALLS,**
**a/k/a "Empty Box"**
**a/k/a "Dank"**
**a/k/a "Reece"**
**a/k/a "Mansa Musa"**
**and**
**RICHARD CRESPO-LEDESMA,**
**a/k/a "Ricardo"**

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense(s), including but not limited to:

- $5,763.00 of United States Currency (seized from 3303 Argyle Street, Savannah, GA (**SMALLS** residence));
- $7,000.00 of United States Currency (seized on August 11, 2026, from USPS Parcel sent by **RICHARD CRESPO-LEDESMA**);
- one Glock Model 23, .40 caliber pistol, bearing serial number BPAG387;
- one Ruger Model LC9, 9mm caliber pistol, bearing serial number 32418735;
- one Silver Taurus Model 85 .38 special revolver, bearing serial number JY94736; and

- assorted ammunition recovered during the search of 3303 Argyle Street, Savannah, Georgia.

The allegations contained in Counts Seven and Eight of this Indictment are hereby re- alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of one or more of the offenses set forth in Counts Seven and Eight of this Indictment, the Defendant, **OMER SMALLS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to:

- one Glock Model 23, .40 caliber pistol, bearing serial number BPAG387;
- one Ruger Model LC9, 9mm caliber pistol, bearing serial number 32418735;
- one Silver Taurus Model 85 .38 special revolver, bearing serial number JY94736; and
- assorted ammunition recovered during the search of 3303 Argyle Street, Savannah, Georgia.

If, as a result of any act or omission of a Defendant, any of the property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of this Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

F

for:

Margaret E. Heap
United States Attorney

Marcela C. Mateo
Assistant United States Attorney
*Lead Counsel

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

Lyle J. Burnham, II
Assistant United States Attorney
*Co-lead Counsel